**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MID-CONTINENT CASUALTY
INSURANCE COMPANY,

      Plaintiff,

v.                                                  Case No. 6:13-cv-446-Orl-37DAB

THE LAW OFFICES OF JIM MCCRAE;
PARAGON CONSTRUCTION GROUP,
INC.; HOAR CONSTRUCTION LLC;
and THE UNITED STATES OF
AMERICA,

      Defendants.

**ORDER**

This cause is before the Court on the Government's Motion for a Stay in Light of Lapse of Appropriations (Doc. 58), filed October 9, 2013. The Government seeks an indefinite stay of these proceedings because the U.S. Congress has failed to appropriate funds for the continued operation of its counsel, the Department of Justice. (Doc. 58.) Congress has the exclusive authority and responsibility to enact legislation necessary to fund government operations. *See* U.S. Const. art. I, §§ 8–9.

This claim arises out of a contract dispute over a construction project that took place more than seven years ago. The parties have already been through an arbitration of that dispute. As a result, the Government filed a lien for taxes against the proceeds that came out of that dispute, which—considering the current economic climate—the Government presumably rather urgently needs. Plaintiff, unsure of its obligations, then filed this interpleader claim, which it has pursued diligently thus far. No doubt, the involved contractors would also like to ultimately be paid whatever amount they are

ultimately determined to have coming. Now the Government seeks to delay the resolution of this long-gestating claim; however, the Government's problem is one of its own making. To grant the Government's request for an indefinite stay would be to leave these proceedings up in the air and unfairly impose on the parties continuing uncertainty. This dispute needs to be timely resolved so that everyone involved can get paid and move on. This Court will not relegate these parties to litigation purgatory by further postponing the resolution of this matter simply because Congress has not seen fit to fulfill its Constitutional obligation to properly fund the Department of Justice.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Government's Motion for a Stay in Light of Lapse of Appropriations (Doc. 58) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 10, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record